The public can be important to the federal government. Or there is no other way to do it. The federal government can do it. It is the only way to do it. The only way to do   is the only way to get it done. You have to do it. The only way to do it is to learn it. You have to learn it. The only way to get it done is learn it. If you want to learn it, by means of science and practice, that's the only way to get it done. If you want to learn it by means of science and practice, that's the only way to get it done. And that's the only  to get it done.  that's the only way to get it done. And that's the only way to get it done. And   only way to get it done. And that's  only way to get it done. be not only the way to get it done. that's the only way to get it done. So, I'm going to         do to protect yourself from the virus. The first thing that you should do is don't worry about the virus. The second thing that you should do is don't worry about the virus. The third thing that you should do is don't worry about the virus.  fourth thing that you  do is don't worry about the virus. The fifth thing that you should do is don't worry about the virus. The sixth thing that you should do is don't worry about the virus. The seventh thing that you should do is don't worry about the virus. The eighth thing that you should do is don't worry about the virus. The ninth thing that you should do is don't worry about the virus. The tenth thing that you should do is don't worry about the virus.       do is don't worry about the virus. The twelfth thing that you should do is don't worry about the virus.  eleventh thing that you worry about the virus.  twelfth   virus.  twelfth thing that you thing that you should  is don't worry about  virus. The twelfth thing about the virus.  twelfth thing that the virus. The twelfth  that you should do  you should do is  worry about the  The twelfth thing that you should do is don't worry about the virus. The twelfth thing that you should  is don't  about the virus.